IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02120-LTB-BNB

ARIF S. NAJIEB,

Plaintiff,

v.

SHAWN KURIAN, in his individual and official capacities,

Defendant.
_____

**ORDER**
_____

This matter is before me on the **Motion to Quash** [Doc. # 4, filed 3/7/2008] filed by the City of Aurora. I held a hearing on the Motion to Quash this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is GRANTED.

Dated April 21, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge