**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-02120-LTB-BNB

ARIF S. NAJIEB,

       Plaintiff,

v.

SHAWN KURIAN, in his individual and official capacity,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      Defendant's Unopposed Motion for Leave to File Amended Answer (Doc 24 - filed August 6, 2008) is **GRANTED**. The tendered Amended Answer is accepted for filing.


Dated: August 7, 2008
_____