IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action No. 07-cv–02120-PAB-BNB | Date: February 9, 2009 |
|---|---|
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| ARIF S. NAJIEB, | Qusair Mohamedbhai |
| Plaintiff(s), | |
| v. | |
| SHAWN KURIAN, | Marc Colin |
| in his official capacity and | Peter Morales |
| in his individual capacity | |
| Defendant(s), | |
| AURORA POLICE DEPARTMENT, CITY OF, | |
| ADAMS COUNTY SHERIFF'S OFFICE, | Heidi Miller |
| Interested party(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:  1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED: Adams County Sheriff's Office's motion to quash subpoena filed 2/2/09 (Doc. 40) is denied as stated on the record.**

Court in Recess     1:36 p.m.     Hearing concluded.     Total time in court:     00:06

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.