IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02120-PAB-BNB

ARIF S. NAJIEB,

Plaintiff,

v.

SHAWN KURIAN, in his individual and official capacities,

Defendant.

---

## ORDER

---

This matter arises on the **Adams County Sheriff's Office's Motion to Quash Subpoena** [Doc. # 40, filed 2/2/2009] (the "Motion to Quash"). I held a hearing on the Motion to Quash this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Quash is DENIED.

Dated February 9, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge