IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-02120-PAB-BNB

ARIF S. NAJIEB,

Plaintiff,

v.

SHAWN KURIAN, in his individual and official capacities,

Defendant.

## ORDER

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **March 3, 2009**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated February 10, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge