IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-02120-PAB-BNB

ARIF S. NAJIEB,

    Plaintiff,

v.

THE CITY OF AURORA,

    Defendant.

_____

**ORDER**
_____

THIS MATTER comes before the Court upon the Stipulated Motion to Join the City of Aurora as a Defendant, to Dismiss with Prejudice Defendant Kurian, and to Amend the Case Caption [Docket No. 52].

The parties seek to join the City of Aurora as a defendant pursuant to Fed. R. Civ. P. 20(a)(2). As grounds for this request, they point out that defendant Kurian is a police officer for the City of Aurora and has been sued in his official capacity. The City of Aurora is therefore a real party in interest.

The parties have stipulated to the dismissal of Officer Kurian in both his individual and official capacities pursuant to Fed. R. Civ. P. 41(a)(2), with each party to pay his or its own attorney's fees and costs.

Finally, the parties have asked the Court amend the caption.

Having considered the motion and grounds stated therein, it is

ORDERED that the Stipulated Motion to Join the City of Aurora as a Defendant, to Dismiss with Prejudice Defendant Kurian, and to Amend the Case Caption [Docket No. 52] is granted.  It is further

ORDERED that the City of Aurora is joined as a defendant in this action pursuant to Fed. R. Civ. P. 20(a)(2).  It is further

ORDERED that pursuant to Fed. R. Civ. P. 41(a) all claims asserted in this matter against defendant Shawn Kurian in both his individual and official capacities are dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs. It is further

ORDERED that the caption of this case shall be amended as reflected in the caption in this Order.

DATED April 7, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge